**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

Equal Employment Opportunity

Plaintiff,

v.

Hyundai ENG America, Inc.

Defendant.

CASE NO.: 4:26-MC-00006-RSB-CLR

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission pro hac vice have been satisfied by Petitioner Sarahanne Y. Vaughan, the request to appear pro hac vice in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

**SO ORDERED** this 15th day of October, 20 26.

Christopher L. Ray
MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT